# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Janeen Dickerson,      :
     Petitioner  :
         : No. 1218 C.D. 2019
    v.      :
         :
Workers' Compensation Appeal :
Board (A Second Chance Inc.), :
     Respondent :

## ***ORDER***

AND NOW, this 3rd day of June, 2020, it is ORDERED that the above-captioned opinion filed April 15, 2020, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge